Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  11–27336–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fred DiLorenzo                        Barbara DiLorenzo
25 Everittstown Road                  aka Barbara E DiLorenzo
Frenchtown, NJ 08825                  25 Everittstown Road
                                      Frenchtown, NJ 08825

Social Security No.:
xxx–xx–2814                                    xxx–xx–4103

Employer's Tax I.D. No.:

_____

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 9, 2016</u>              <u>Christine M. Gravelle</u>
                                            Judge, United States Bankruptcy Court